*Henry Secrest* and *Solon Turman*, for the appellants.

*Williamson* and *Daggy*, for the appellees.

---

## WHITE v. CALLINAN.

Where a note is made payable to an unmarried woman, and she afterward marries, and transfers the note, by delivery merely, as a gift, to her husband, he may maintain an action on the same as his own.

APPEAL from the *Tippecanoe* Common Pleas.

*Per Curiam.*—This was a suit by *Callinan* against *White,*

upon a promissory note, payable to *Wheelan & Co.*, and by them indorsed in blank to *Miss Gilligan.* She subsequently married *Callinan,* and delivered the note, thus indorsed, to him as his property, as, in short, a gift, and does not set up any further claim to it.

*White,* the maker of the note, now answers to *Callinan's* suit upon it, that it is not his, but his wife's property. *Callinan* takes issue of fact upon the answer, and the above facts appear in evidence on the trial of the issue. The Court held that the note was *Callinan's,* and we affirm the judgment.

Affirmed, with five per cent. damages and costs.

*Daniel Mace,* for the appellant.

*George Gardner,* for the appellee.